UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN LEE, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-00365-JAM-CKD PS<br><br><br>ORDER |

Plaintiff, who proceeds pro se, requests permission to utilize the court's electronic filing system. (ECF No. 3.) Local Rule 133 provides that "[a]ny person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge. See L.R. 133(b)(3). All pro se parties shall file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rules." E.D. Cal. L.R. 133(b)(2) (emphasis in original). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations . . . or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3)

Plaintiff has not submitted a stipulation. Rather, plaintiff indicates that he has access to the technology necessary to utilize electronic filing. (See ECF No. 3.) Plaintiff's request does not set forth a compelling reason why the court should deviate from the Local Rules and its standard practice of disallowing the use of electronic filing by pro se litigants.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for permission for electronic case filing (ECF No. 3) is DENIED.

Dated: May 30, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/aussierker.19cv365.order EFS