UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, | No. 2:19-cv-00365-JAM-CKD PS |
| Plaintiff, | ORDER TO RESPOND |
| v. | |
| KEVIN LEE, et al., | |
| Defendants. | |

Presently pending before the court is plaintiff's motion for default judgment against defendant Kevin Lee, which is set for hearing on April 15, 2020. (ECF No. 20.) Pursuant to Local Rule 230(c), defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days prior to the hearing date, i.e., by April 1. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendant with one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Any opposition shall be filed no later than April 27, 2020, and the reply brief from plaintiff, if any, is due May 4, 2020;
2. Defendant is cautioned that failure to respond to the motion in compliance with this

1

order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment; and

3. Plaintiff shall promptly serve a copy of this order on defendant at his last-known address, and file a proof of service within 7 days of the same.

Dated: April 6, 2020

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16, auss.365