UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>            Plaintiff,<br><br>    v.<br><br>KEVIN LEE,<br><br>            Defendant. | No. 2:19-cv-00365-JAM-CKD PS<br><br>ORDER<br><br>(ECF Nos. 27 & 28) |

Presently before the court are plaintiff Mark Aussieker's motion for default judgment against defendant Kevin Lee, which is set for hearing on December 30, 2020 (ECF No. 27), and defendant's motion to set aside the clerk's entry of default (ECF No. 28). Good cause showing, the court HEREBY ORDERS as follows:

1. On the court's own motion and pursuant to Local Rule 230(g), the 12/30/2020 hearing on the motion for default judgment is VACATED and both plaintiff's motion for default judgment and defendant's motion to set aside the entry of default (ECF Nos. 27, 28) are taken under submission without appearance and oral argument.

    a. Plaintiff's opposition to defendant's motion to set aside, or statement of non-opposition, is due no later than December 30, 2020; and defendant's optional reply is due no later than January 6, 2021.

    b. Defendant's motion to set aside, filed December 11, 2020 (ECF No. 28), is

1

construed as his opposition to plaintiff's motion for default judgment, but defendant may also file an optional supplemental opposition by December 30, 2020.  <u>If possible, defendant shall attach thereto a copy of the state court order of dismissal and final judgment rendered in the prior case cited in his motion.</u>  Plaintiff's optional reply is due no later than January 6, 2021.

    c.  The motions will then be decided on the paper submissions.  If the court determines that oral argument is needed it will be rescheduled at a later date.

IT IS SO ORDERED.

Dated:  December 15, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19, auss.0365

2