UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN LEE,<br><br>　　　　　Defendant. | 2:19-cv-0365-CKD PS<br><br><br><br>ORDER |

This case came on for an initial scheduling conference before the undersigned on May 5, 2021 via Zoom. Plaintiff Mark Aussieker appeared on his own behalf, as did defendant Kevin Lee. (ECF No. 41.) Case scheduling and general court expectations were discussed. The parties indicated that a settlement conference before another magistrate judge would be beneficial, and the undersigned agrees. Therefore, this case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference with the parties on **Friday, May 28, 2021 at 9:00 a.m.** In the meantime, this case will be stayed pending the outcome of that settlement conference.

////

////

////

////

1

Accordingly, it is HEREBY ORDERED that:

1. The parties shall appear for a settlement conference before Magistrate Judge Kendall J. Newman on **May 28, 2021 at 9:00 a.m.** The settlement conference will be conducted by remote means (Zoom). Instructions for joining the video conference will be sent closer to the hearing date;
   a. The parties should be prepared to discuss the claims, defenses, and damages at issue in this case. Failure to appear at this settlement conference may result in the imposition of sanctions;
2. No later than **May 21, 2021**, the parties shall (A) exchange non-confidential settlement conference statements with each other, and (B) email those settlement conference statements to kjnorders@caed.uscourts.gov. These statements should not be filed with the court;
   a. If a party desires to share additional confidential information with the court, they may do so pursuant to Local Rule 270(d) and (e), by email to the same address, kjnorders@caed.uscourts.gov. These optional confidential statements also should not be filed with the court, and should not be served on the opposing party. However, any party that submits a confidential statement shall file with the court a one-page document entitled Notice of Submission of Confidential Settlement Conference Statement; and
3. This case is STAYED pending the outcome of the settlement conference. In the event the case does not settle, the stay will automatically lift upon the conclusion of the settlement conference, unless the court orders otherwise.

Dated: May 6, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19.365.auss

2