Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

**FILED**

JUN 21 2021

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Mark Aussieker, | No. **2:19-cv-00365-JAM-CKD** |
|---|---|
| Plaintiff, | |
| v. | JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| KEVIN LEE, Defendant. | |

The parties to this action and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs

*Mark Aussieker*                06/14/2021
Plaintiff Mark Aussieker

*Kevin Lee*                     06/14/2021
Defendant Kevin Lee

1

## [PROPOSED] ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Date_____                    _____
                                     UNITED STATES MAGISTRATE JUDGE

DECLARATION OF Mailing

I, the undersigned declare that at the time of service of the papers herein referred to, I was least EIGHTEEN (18) years of age, and I served the following documents:

**Joint stipulation and order for dismissal**

**AGAINST KEVIN LEE**

On the following parties:

| Kevin Lee | | |
|---|---|---|
| 2041 Wyda Way | | |
| Sacramento, CA 95825 | | |
| | | |
| | | |

BY   mailing first class mail on said date by depositing said documents in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed as above to the above party.


Person Serving:

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628


I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct:
Date 6/15/2021

*[signature]*

Mark Aussieker

Executed in Sacramento, CA